## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT COURT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                              CASE NO.: **1:23-mj-05988-UA**

        v.

BEILIN XU,

        Defendant.

------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To: The Clerk of court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant BEILIN XU.

Date: 08-17-23                                                _____

                                                        STEPHEN MULLKOFF, ESQ.  4991667

                                                        435 E14TH ST #11E

                                                        New York, New York 10009

                                                        (917) 655-9000

                                                        Mullkoff@Live.com