```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   23 Mag. 5988-1 (UA)
     -against-                       :   ORDER
                                     :
Beilin Xu                            :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

KATHARINE H. PARKER, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition she reside with Ying Ying Qin to be replaced with maintain residence approved by Pretrial Services.

    Dated: New York, New York
          August 18, 2023

SO ORDERED:

*Katharine H. Parker*
_____
KATHARINE H. PARKER
U.S. Magistrate Judge