UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BEILIN XU,

           Defendant.

**Order of Continuance**

**23 Mag. 5988**

      Upon the application of the United States of America and the affirmation of Matthew Weinberg, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of Title 21 United States Code, Section 846 (narcotics trafficking conspiracy), in a complaint dated August 10, 2023, and was arrested on August 10, 2023;

      It is further found that the defendant was presented before Magistrate Judge Gabriel W. Gorenstein on August 10, 2023, and was ordered released on bail conditions;

      It is further found that, on September 11, 2023, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have to be filed in this case until October 11, 2023;

      It is further found that Stephen Mulkoff, Esq., counsel for the defendant, has been engaged in, and are continuing, discussions concerning a possible disposition of this case with Assistant United States Attorney Matthew Weinberg;

      It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

2

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until November 10, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Matthew Weinberg be served by email on defense counsel by the United States Attorney's Office.

Dated: New York, New York
       October 11, 2023

_____
United States Magistrate Judge
Southern District of New York